```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
```

**In the Matter of the Petition**
**for Disciplinary Action against**
**Ann McAllister Olivarius, a Minnesota**
**Attorney, Registration No. 389863 and a**
**New York Attorney, Registration No. 4608972**

ORDER

12-mc-67 MJD

---

Local Rule 83.6(b)(1) of this court states that "Any attorney admitted to practice before this Court shall, upon being subjected to public discipline by any other court of the United States or the District of Columbia, or by a court of any state, territory, commonwealth, or possession of the United States; promptly inform the Clerk of this Court of such action. Unless otherwise ordered by this Court, any such attorney who has been temporarily or permanently prohibited from practicing law by order of any other court, whether by suspension, revocation, or disbarment, shall automatically forfeit his or her right to practice law before this Court during the same period that such attorney has been prohibited from practicing law by such other court." It appearing to the satisfaction of the court that by an order of the State of New York, Supreme Court, Appellate Division, Third Judicial Department, filed on April 5, 2012, Ann McAllister Olivarius, Thames Wharf Studios, Rainville Road, London W6 9HA, England, who had heretofore been admitted as an attorney and counselor at law, licensed to practice in the State of New York, has had her admission to the bar of the State of New York revoked, effective April 5, 2012; and it appearing that Ann

McAllister Olivarius has been admitted to practice as an attorney in this court;

**IT IS THEREFORE ORDERED**, pursuant to Local Rule 83.6(b) of this court that Ann McAllister Olivarius be and is hereby automatically suspended from the practice of law, effective immediately, and shall be ineligible to practice law before this court during the same period that she is prohibited from practicing law by the State of New York. If Ann McAllister Olivarius believes that she should not be prohibited from practicing law before this court, then she may seek relief in the manner prescribed by Local Rule 83.6(b).

**IT IS FURTHER ORDERED** that the Clerk of this Court shall serve this order upon Ann McAllister Olivarius by mail and file proof of such service. This order shall serve as the notice of automatic forfeiture that is to be provided by the Clerk of Court pursuant to Local Rule 83.6(b)(1).

DATED: August 15, 2012

                          BY THE COURT

                          s/Michael J. Davis
                          MICHAEL J. DAVIS
                          Chief U.S. District Judge

Enclosed:  Copy of Local Rule 83.6(b) and 83.6(g)