

# McAllister Olivarius

19 June 2012

The Clerk
United States District Court
District of Minnesota
300 South Fourth Street
202 U.S. Courthouse
Minneapolis, MN 55415

RECEIVED
BY MAIL

JUN 2 5 ...

CLERK, US DISTRICT ...
MINNEAPOLIS, MN

Dear Clerk of the Court:

Pursuant to Local Rule 83.6, I am notifying you that my bar application in New York has been revoked, as described in the Order attached. I remain licensed to practice law in several other jurisdictions, including Minnesota, which have been notified of the New York Appellate Division Order.

I note that in New York, the revocation of a lawyer's application for admission to the bar is not the same as a revocation of the law license itself, and is not considered "public discipline." The Order does not impose the "suspension, revocation or disbarment" that your Local Rule requires to trigger reciprocal discipline. Indeed, the Order, very unusually in cases of inadequate bar applications, invites my immediate reapplication to the New York bar. I expect to complete that reapplication next week. I enclose a letter from my attorney in New York, Peter Coffey, to Mr. Burns in the Minnesota Office of Lawyers Professional Responsibility, which describes the situation and suggests that reciprocal discipline is inappropriate until New York is finished with considering my reapplication.

Accordingly, I do not believe forfeiture of my admission before this Court is necessary or appropriate.

I note that none of the jurisdictions in which I am admitted has decided to impose reciprocal discipline in response to the New York order. New Hampshire has decided to take no action of any sort. Virginia has decided that reciprocal discipline is not appropriate, although it may initiate an independent inquiry of the same facts. Minnesota and the District of Columbia have not decided what to do.

If you wish to put my admission to this Court in abeyance until the New York proceedings are complete, I am glad to declare that I will not practice before the Court until that time (I have no active cases now and hereby agree not to accept any). However, if you decide that immediate forfeiture of my admission is necessary, the difficulty and expense of contesting it (I am located in London, England) are such that I will not contest it as LR 83.6 provides.

Please contact me if you have any questions. You may email at aolivarius@mcolaw.com, or telephone (518) 633 4775, which rings in my office in London (which is six hours later than Minnesota).

Sincerely,

Ann Olivarius

Dr. Ann Olivarius

SCANNED
AUG 1 5 2012
MV
U.S. DISTRICT COURT ST. PAUL

---

THAMES WHARF STUDIOS ○ RAINVILLE ROAD ○ LONDON W6 9HA ○ ENGLAND ○ T +44 (0)20 7386 1047 ○ F +44 (0)20 7386 5626

Regulated by the Solicitors Regulation Authority, registration number 498087
Partners: Dr Ann Olivarius (solicitor of England & Wales and U.S. attorney licensed in DC, MN, NH, & VA)


Lexcel
Practice Management Standard